**Order entered February 23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01388-CV**

**TARSHA HARDY, Appellant**

**V.**

**COMMUNICATION WORKERS OF AMERICA, INC., CWA LOCAL 6215
AFL-CIO, COMMUNICATION WORKERS OF AMERICA, AFL-CIO,
BONNIE MATHIAS, Appellees**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-04027**

**ORDER**

I voluntarily recuse myself from hearing any matter in the above appeal.

/s/    ROBERT D. BURNS, III
    CHIEF JUSTICE